**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00182-CR
No. 05-13-00183-CR
No. 05-13-00184-CR
No. 05-13-00185-CR

**THOMAS EPPELSHEIMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F11-71623-X, F11-71319-X, F11-71624-X, F11-71625-X**

## ORDER

On October 9, 2013, the Court ordered court reporter Jan Cherie Williams to file, within fifteen days, a supplemental record containing State's Exhibit no. 16, a CD. To date, Ms. Williams has not filed the supplemental reporter's record containing the exhibit.

Additionally, on October 9, 2013, we ordered the Dallas County District Clerk to file supplemental clerk's records in these appeals containing the cost bills. Although we have received supplemental clerk's records in three of the cases, we have not received the supplemental clerk's record for cause no. 05-13-00184-CR (trial court no. F11-71624-X).

Accordingly, the Court **ORDERS** court reporter Jan Cherie Williams to file, within **TEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 16, a CD. If Ms. Williams does not file the supplemental record with the exhibit within the time specified, the Court will utilize the available remedies, including ordering that she not sit as a court reporter until the record is filed in these appeals.

We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing a detailed itemization of the costs assessed in cause no. 05-13-00184-CR (tr. ct. no. F11-71624-X), including but not limited to, specific court costs, fees, and court appointed attorney fees. *In accordance with Texas Code of Criminal Procedure article 103.001, the cost bill shall be signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost.* We further **ORDER** that the supplemental clerk's record include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to: the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Jan Cherie Williams, official court reporter, Criminal District court No. 6; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE